SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**JUN 0 6 2018**

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 4:18-mj-00070-RSB |
| | ) | |
| V. | ) | |
| | ) | PETITION FOR WRIT OF HABEAS |
| TYRONE DWAYNE YOUNG | ) | CORPUS AD PROSEQUENDUM |
| DOB: xx-xx-1989 | ) | |
| SSN: xxx-xx-6870 | ) | |

Your petitioner, United States of America, by, Kari Munro, Special Assistant United States Attorney for the Western District of Virginia, respectfully shows:

1. That this case is a prosecution upon a criminal complaint, charging the defendant with violations of Title 18, United States Code, Section 1028A and Title 20, United States Code, Section 1097(a).

2. That the presence of the said defendant before the United States District Court for the Western District of Virginia, at Roanoke, scheduled for an Initial Appearance at 3:00 p.m. on June 7, 2018, is necessary and he is now in custody of Danville City Jail.

WHEREFORE, your petitioner prays that a Writ Of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Western District of Virginia, or any other authorized United States Marshal, who shall bring the defendant before the Court at the above time and place.

Dated: June 6, 2018             s/Kari Munro
                                Special Assistant United States Attorney
*******************************************************************************
TO:   Danville City Jail, 212 Lynn Street, Danville, VA  24543 Phone: (434) 799-5130

**IN THE EVENT THIS INMATE IS TO BE TRANSFERRED TO ANOTHER FACILITY BEFORE THE REQUESTED DATE OF APPEARANCE, PLEASE NOTIFY THE ASSISTANT U.S. ATTORNEY LISTED ABOVE AT (540) 857-2250.**

GREETINGS:

WE COMMAND YOU that you surrender the body of **TYRONE DWAYNE YOUNG** detained in the Danville City Jail, under your custody as it is said, to the United States Marshal for the Western District of Virginia, or one of his Deputies, or any other authorized United States Marshal, or any other authorized Federal Law Enforcement Agent/Officer to the end that his body will be before the United States District Court for the Western District of Virginia, at Roanoke, Virginia, on June 7, 2018, at 3:00 p.m., or at such other time or times as the District Court may direct.

ENTER: This 6 day of June, 2018.

_____
United States Magistrate Judge

**TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED FEDERAL LAW ENFORCEMENT AGENT/OFFICER:**

TO EXECUTE:

WE COMMAND that you proceed to the Danville City Jail, and remove therefrom the body of **TYRONE DWAYNE YOUNG** and produce him under safe and secure conduct before the United States District Court for the Western District of Virginia, at Roanoke, Virginia, on June 7, 2018, at 3:00 p.m., or at such other time or times as the District Court may direct; and upon completion of the case, return the said **TYRONE DWAYNE YOUNG** to the Danville City Jail.

JULIA C. DUDLEY
CLERK OF COURT

BY: _____
Deputy Clerk

CUSTODY ASSUMED:

EXECUTED this _____ day of June, 2018.

BY: _____
United States Marshal/Deputy or any
Other Authorized Federal Law Enforcement Agent/Officer

RETURNED:

EXECUTED this _____ day of _____, 2018.

BY: _____
United States Marshal/Deputy or any
Other Authorized Federal Law Enforcement Agent/Officer

SENTENCED STATE PRISONER:   Yes: _____     No: __X__