IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 18 2019

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No.: |
| Vs. ) | 4:18-CR-00017-1 |
| TYRONE YOUNG, ) | |
| Defendant. ) | |

### NOTICE OF APPEAL OF A CRIMINAL CONVICTION

COMES NOW, before this Honorable Court, the defendant Tyrone Young, Pro-Se, in the above-captioned criminal action, who herein and now on this 13th day of November, 2019, gives his formal notice of appeal to the above-captioned judgment of conviction./

The defendant Tyrone Young, files this notice of appeal Pursuantto The Federal Rules of Criminal Procedure Rule 32(j)(B), and herein request for the Clerk of Court Pursuant to F.R.C.P. Rule 32(j)(2) that the Clerk of Court file this Notice of Appeal on his behalf and return a copy of this filed document.

Respectfully Submitted,

/s/ Tyrone Young
Tyrone Young
Defendant, Pro-Se.
FCI Mcdowell
P.O. Box 1009
Welch, WV 24801

## CERTIFICATE OF SERVICE

    Be it known that on this 13th day of November, 2019, the Defendant Tyrone Young, did via first class mail, postage pre paid, send a true and correct copy of a Notice of Appeal of a Criminal Conviction, to the following hereafter listed people, at their commonly known addresses. Signed under the pains and penalties of perjury, Pursuant to 28 U.S.C. §1746.

——Deposited in the hands of prison officials for mailing on the aforementioned date in and Pursuant to the "Prison Mailbox Rule" in Houston V. Lack, U.S. 266 U.S. Supreme Court.

Executed on this 13th day of November, 2019.

                              Respectfully Submitted,

                              Tyrone Young
                              Defendant, Pro-Se.
                              FCI Mcdowell
                              P.O. Box 1009
Encs.                        Welch, WV 24801

CC:

1) US Attorney's Office

2) Clerk of Courts