FILED: June 8, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4855
(4:18-cr-00017-JLK-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

TYRONE YOUNG

      Defendant - Appellant

_____

O R D E R

_____

The court grants counsel's motion to withdraw from further representation.

Entered at the direction of the panel: Judge Niemeyer, Judge Harris, and Judge Richardson.

      For the Court

      /s/ Patricia S. Connor, Clerk