CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 22 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

In the United States District Court
For the Western District of Virginia
Danville

Tyrone Young                    Crim. Action. No:
Petitioner,                     4:18-CR-00017-JLK-1
   Vs.
United States of America
   Respondents,

## Motion to leave to amend defendants reply brief. Pursant to 28 U.S.C. §2255

On October 9, 2020, the Petitioner via mail its reply brief to the governments response

The Petitioner moves to add an additional ineffective assistance of counsel claim to his 2255 motion.

2255 Subsection A - Violation of United States Sentence guildlines.
Claim #4

I the Petitioner would like to add an addutional ineffective assistance of counsel claim.

The Petitioner trail counsel was ineffective for failing to object at sentencing to inaccurate information inside my PSR.

Case # C-11-CR: 079370 dated 6/15/11 show inaccurate information. This charge states the Petitioner served 30 days in custody. This information is incorrect because the Petitioner sentence was suspended in full. No jail time was served.

The Petitioner PSR also states that there were 85 fraudlent straw stedents. The Petitioner criminal complaint and indictment only lists 60 straw stedents. So the PSR reflects an inaccurate number of straw students and an inaccurate total loss amount. The total loss amount reflected in the PSR is a total amount for 85 straw stedents which is incorrect. The PSR should cointain 60 straw stedents and a total loss amount to reflect only 60 straw students.

## Certification of service.

I hereby Certify that a true and correct copy of this motion is being sent via mail to the clerk of courts on 10-19-20.

*[signature]*
Reg # 22208-084

10-19-20.

Tyrone Young #88808-084
Federal Correction Institute
McDowell
P.O. box 1009
Welch, WV 24801

CHARLESTON WV 250

Clerk of Court
216 Franklin Rd SW
Suite 540
Roanoke, VA 24011-2208

24011-220840