CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 03 2021

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 4:18CR00017 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **TYRONE YOUNG,** | ) | By:  James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

*Tyrone Young, Defendant Pro Se.*

The defendant, Tyrone Young, previously filed a Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255, which I denied as untimely. § 2255 Mot., ECF No. 87; Op., ECF No. 109; Order, Mar. 16, 2021, ECF No. 110. Young has now filed a Motion for Leave to Add Additional Ineffective Assistance of Counsel Claims. ECF No. 114. I will treat this motion as a second § 2255 motion and will summarily dismiss it as successive.[1]

This court may consider a defendant's second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the motion meet certain criteria. 28 U.S.C. § 2255(h). Because Young offers no indication that he has obtained certification

---

[1]   Under Rule 4 of the Rules Governing § 2255 Proceedings, the court may summarily dismiss a § 2255 motion where it is clear from the motion and the record of prior proceedings that the defendant is not entitled to relief.

- 2 -

from the court of appeals to pursue his current motion as a second or successive § 2255 motion, I must dismiss the motion without prejudice as successive.

A separate Final Order will be entered herewith.

DATED:   June 3, 2021

/s/  JAMES P. JONES
United States District Judge