IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | Docket No 4:18-cr-00017 |
| v. | ) | |
| | ) | |
| TYRONE YOUNG | ) | |
| | ) | |

NOTICE OF NO SUPPLEMENTAL FILING

Mr. Young filed a *pro se* motion seeking compassionate release on June 10, 2021, and this Court appointed the Federal Public Defender's office to review his case and make a supplemental filing on his behalf if appropriate. Counsel respectfully notifies the Court that counsel will not be supplementing Mr. Young's *pro se* motion, and asks the Court to allow Mr. Young to proceed *pro se*.

Respectfully submitted,

TYRONE YOUNG

By Counsel

Counsel:

/s Arin Melissa Brenner
Arin Melissa Brenner (New York Bar No. 4990974)
Assistant Federal Public Defender
Office of the Federal Public Defender
210 First Street SW Ste 400
Roanoke VA 24011
(Tel) 540-777-0880

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: counsel of record; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Tyrone Young - FCI McDowell P.O. Box 1009, Welch, WV 24801.

s/ Arin Melissa Brenner
Asst. Federal Public Defender