CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUL 16 2021
JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case No. 4:18CR00017 |
| v. | ) | **ORDER** |
| | ) | |
| **TYRONE YOUNG,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

The defendant has filed a pro se motion seeking compassionate release, as well as a later pro se motion seeking leave to supplement the initial motion. The Federal Public Defender, appointed to represent the defendant, has advised the court that she will not be filing a supplement to the motion and requests that the defendant be allowed to proceed pro se. Accordingly, it is **ORDERED** as follows:

1. The Federal Public Defender is terminated as counsel for the defendant;

2. The United States is directed to file a response to the motion for compassionate release within 28 days of this date;

3. The defendant may file a reply to the response of the United States, provided it is filed within 28 days thereafter;

4. The motion to supplement the motion for compassionate release, ECF No. 122, is GRANTED and the court will consider those supplemental materials; and

5. The Clerk shall send a copy of this Order to the defendant.

ENTER: July 16, 2021

/s/  JAMES P. JONES
United States District Judge